# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-3954

—————————————————

AISHA LAMB,

   Appellant,

v.

ZACKERY PHILLIPS,

   Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

October 23, 2019

PER CURIAM.

   AFFIRMED.

RAY, C.J., and WOLF and ROWE, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Aisha Lamb, pro se, Appellant.

Zackery Phillips, pro se, Appellee.